```
                  UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                        NORTHERN DIVISION
```

JOANN WALKER                                              PLAINTIFF

v.                             CIVIL ACTION NO.: 3:24-cv-341-TSL-MTP

MISSISSIPPI DEPARTMENT OF CORRECTIONS                     DEFENDANT

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Michael T. Parker entered on June 27, 2024, recommending that plaintiff Joann Walker's motion to proceed in forma pauperis be denied and that plaintiff be granted thirty days to pay the filing fee. Plaintiff has not filed an objection and has paid the filing fee. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on June 27, 2024, be, and the same is hereby, adopted as the opinion of this court. Accordingly, it is ordered that the ifp motion is denied.

SO ORDERED this 22nd day of July, 2024.

                                 /s/ Tom S. Lee
                                 UNITED STATES DISTRICT