```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION

JOANN WALKER                                              PLAINTIFF

VS                              CIVIL ACTION NO. 3:24-CV-341-TSL-MTP

MISSISSIPPI DEPARTMENT
OF CORRECTIONS                                            DEFENDANT
```

### ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Michael T. Parker, and the court, having fully reviewed the report and recommendation entered in this cause on January 23, 2025, and no objection having been filed and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Michael T. Parker on January 23, 2025, is hereby adopted as the opinion of this court. Accordingly, it is further ordered that because plaintiff has failed in her obligation to properly serve defendant, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

1

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 18th day of February, 2025.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE